# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| BABETTE R SPIRES, | NO. 10-19078 |
| DEBTOR | JUDGE: Sonderby |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Bank of America, N.A. in your Chapter 13 case number 10-19078.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 09/01/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---:|
| 07/2011 – 09/2011 monthly payments at $2,163.84 each | = $ | 6,491.52 |
| Suspense ($584.97) | = | ($584.97) |
| TOTAL | = $ | 5,906.55 |

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney for Bank of America, N.A.

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-040139

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**